Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
GARY J. KLUG

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARY J. KLUG | Case No.: 2:17-cv-01801-JAD-GWF |
| Plaintiff, | |
| v. | |PROPOSED| ORDER EXTENDING BRIEFING SCHEDULE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include September 3, 2018, in which to file Plaintiff's motion for reversal

///

-1-

and/or remand; and that all other deadlines set forth in the July 6, 2018 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE  August 17, 2018.

_____
THE HONORABLE GEORGE FOLEY
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3

4      */s/Cyrus Safa*

   BY: _____
5        Cyrus Safa
      Attorney for plaintiff