1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8985
6       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**LAS VEGAS DIVISION**

| | |
|---|---|
| GARY J. KLUG, <br><br> Plaintiff <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:17-cv-01801-JAD-GWF <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** <br><br> **(First Request)** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from October 4, 2018 to November 5, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including five other merits matters due in the next two weeks, and because of the additional administrative tasks necessary to close out the federal fiscal year.

-1-

On October 4, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: <u>October 4, 2018</u>　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

By: <u>*/s/\* Cyrus Safa*</u>
　　　CYRUS SAFA
　　　*authorized by email October 4, 2018

Attorneys for Plaintiff

Date: <u>October 4, 2018</u>　　　　DAYLE ELIESON
　　　　　　　　　　　　　　　　United States Attorney

By: <u>*/s/ Michael K. Marriott*</u>
　　　MICHAEL K. MARRIOTT
　　　Assistant Regional Counsel

Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: <u>10-5-2018</u>　　　　　　<u>/s/ George Foley Jr.</u>
　　　　　　　　　　　　　　　　HONORABLE GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　United States Magistrate Judge